MAXWELL E. LOPIN, as Receiver of ANTON MILLER, Appellant, v. HEWES HOLDING CORPORATION, Defendant, and HERMINE FRANK, Respondent.

(Submitted June 1, 1936; decided July 8, 1936.)

*Joseph Lotterman* and *Milton M. Farber* for appellant.
*Henry M. Flateau* and *Gustav Nadel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.